UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY HARRIS,<br><br>          Petitioner,<br><br>    v.<br><br>DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>          Respondents. | Case No. 2:18-cv-01872-RFB-GWF<br><br>**ORDER** |

Respondents have filed a nunc pro tunc motion for enlargement of time (first request) (ECF No. 11). Good cause appearing;

IT THEREFORE IS ORDERED that respondents' nunc pro tunc motion for enlargement of time (first request) (ECF No. 11) is **GRANTED**. Respondents will have through July 22, 2019 to file and serve a response to the petition.

DATED: June 20, 2019.

                                                                              
RICHARD F. BOULWARE, II
United States District Judge